**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                          **CASE NO. 5:26-50018-001**

**MISAEL PRESAS**                                              **DEFENDANT**

## ORDER

Currently before the Court are the Report and Recommendation (Doc. 23) filed in this case on August 5, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter. *Id.* at ¶ 7.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation (Doc. 23) is proper and should be—and hereby is—**ADOPTED IN ITS ENTIRETY**. Accordingly, Defendant's guilty plea is accepted. The written plea agreement will be subject to final approval by the undersigned at sentencing.

**IT IS SO ORDERED** on this 5th day of August, 2026.

 */s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE